# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES HUEBNER and ) | |
| VICTORIA HUEBNER ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| COLOR BY DESIGN, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **COMPLAINT**

COME NOW Plaintiffs, James Huebner and Victoria Huebner, by and through their counsel of record and for their claims against Defendant Color By Design, Inc. (hereinafter "Color by Design"), allege and state as follows:

1. Plaintiffs James and Victoria Huebner are residents of Kansas.

2. Defendant Color by Design, Inc. is a Kansas For-Profit Corporation which can be served with process at 1035 E. 30th, Hutchinson, Kansas 67502.

3. This matter arises under the Fair Labor Standards Act. Accordingly, jurisdiction is invoked under 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

4. Plaintiff Victoria Huebner worked in-store at Color by Design. She primarily focused on Defendant's endeavors in retail.

5. Plaintiff James Huebner worked in the paint factory at Color by Design. He performed manufacturing work for the Defendant.

6. For the entirety of Plaintiffs' time at Color by Design, they were paid on a salary, rather than hourly, basis. Furthermore, their paystubs indicated that they had worked for "40 hours" each week. They were required to work 55-60 hour-weeks in direct violation of the Fair Labor Standards Act.

7. Defendant's actions constitute a willful violation of the Fair Labor Standards Act. Specifically, Defendant's actions are in violation of both 29 U.S.C. §§ 206 and 207.

8. As a result of this willful violation, Plaintiffs have missed out on duly owed wages they are entitled to under the Fair Labor Standards Act. Plaintiff Victoria Huebner has been underpaid $72,562.50. Plaintiff James Huebner has been underpaid $112,050.00.

9. Ms. Huebner's total actual damages amount to approximately $72,562.50 in unpaid wages. She is also entitled to an additional equal amount of liquidated damages under 29 U.S.C. §216(b). This would equal $145,125.00. Mr. Huebner's total actual damages amount to approximately $112,050. He is entitled to an additional equal amount of liquidated damages under 29 U.S.C. §216(b). This would equal $224,100. Furthermore, Plaintiffs are entitled to attorney's fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs respectfully request this Court enter judgment against Defendant for actual damages of $184,612.50; award the Plaintiffs liquidated damages under 29 U.S.C. §216(b) in the amount of $184,612.50; award

Plaintiffs' attorneys fees under 29 U.S.C. §216(b); for Plaintiffs' costs herein; and for such other and further relief as this Court deems just and equitable.

    Respectfully submitted,

    DEPEW GILLEN RATHBUN & McINTEER, LC

    */s/ Braxton T. Moral*
    Braxton T. Moral, #29195
    Randall K. Rathbun, #09765
    8301 E. 21st Street, Suite 450
    Wichita, KS   67206-2936
    Telephone:  (316) 262-4000
    Braxton@depewgillen.com
    Randy@depewgillen.com

    *Attorneys for Plaintiff*

## DESIGNATION OF PLACE OF TRIAL

COMES NOW the plaintiff and designates Wichita, Kansas as the place of trial of this action.

    Respectfully submitted,

    DEPEW GILLEN RATHBUN & MCINTEER LC

    */s/ Braxton T. Moral*
    Braxton T. Moral, #29195
    Randall K. Rathbun, #09765

    *Attorneys for Plaintiff*

## REQUEST FOR JURY TRIAL

COMES NOW the plaintiff and respectfully requests a trial by jury with regard to the above-captioned action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

*/s/ Braxton T. Moral*
Braxton T. Moral, #29195
Randall K. Rathbun, #09765